IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY GARRETT BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-224 Erie |
| ) | |
| UNITED STATES GOVERNMENT, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

Plaintiff's pleading styled "Petitioner's Informal Petition for Independent Sovereignty" [1] was received by the Clerk of Court on September 27, 2006 and was referred to Chief United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The chief magistrate judge's report and recommendation, filed on June 11, 2007, recommends that the instant action be dismissed for Plaintiff's failure to prosecute. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by certified mail at SCI Huntingdon, where he is incarcerated, and on the Defendant. No objections were filed. After de novo review of the complaint and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 3rd Day of July, 2007;

IT IS HEREBY ORDERED that the instant action is DISMISSED for Plaintiff's failure to prosecute.

The report and recommendation of Chief Magistrate Judge Baxter, dated June 11, 2007 [6], is adopted as the opinion of this Court.

s/ SEAN J. McLAUGHLIN
Sean J. McLaughlin
United States District Judge

cc: all parties of record
Chief U.S. Magistrate Judge Baxter